1

2

3

4

5

6

7

8

9

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| Northwest Administrators, Inc., | CASE NO. C18-0610JLR |
| Plaintiff, | JUDGMENT |
| v. | |
| YOLANDA'S CONSTRUCTION ADMINISTRATION & TRAFFIC CONTROL, INC., | |
| Defendant. | |

**SUMMARY OF JUDGMENT**

Judgment Creditor:             Northwest Administrators, Inc.
Judgment Debtor:               Yolanda's Construction Administration &
                               Traffic Control, Inc.

Amounts Payable to Plaintiff's Trust Fund
Contributions                          $14,297.00
Liquidated Damages                     $2,859.40
Interest through August 30, 2018         $216.83
Interest thereafter (on unpaid
  contributions only)                  5% per annum

| | |
|---|---|
| Amounts Payable to All Plaintiffs | |
| Attorneys Fees: | $781.45 |
| Costs: | $570.00 |
| Other Recovery Amounts: | NONE |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid, the Declaration of James E. Helmers, and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Local 853, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period December 2017 through July 2018: for contributions of $14,297.00, for liquidated damages of $2,859.40, for pre-judgment interest of $216.83, for attorneys' fees of $781.45, and for costs of $570.00, all for a total of $18,724.68.

Dated this 16 day of September, 2018.

JAMES L. ROBART
United States District Judge